# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KATHLEEN ALLGOOD, et al.,

        Plaintiffs,

vs.

WEST ASSET MANAGEMENT, INC., et al.,

        Defendants.

Case No. 2:12-cv-02094-LRH-NJK

ORDER DENYING PROPOSED DISCOVERY PLAN (Docket No. 31)

      Pending before the Court is the proposed discovery plan (Docket No. 31), which is hereby **DENIED**. The proposed discovery plan seeks a discovery period of 180 days from the date of the Rule 26(f) conference. *See* Docket No. 31 at 1-2.[1] The presumptively reasonable discovery period is 180 days from the date the first defendant answers or otherwise appears. *See* Local Rule 26-1(e)(1). Hence, the parties actually seek a discovery period of roughly 225 days. The parties provide no explanation as to why they require a discovery period beyond the presumptively reasonable 180-day period, as is required by Local Rule 26-1(d). The parties are ordered, no later than March 4, 2013, to file another proposed discovery plan that either (1) is based on the 180-day discovery period outlined in Local Rule 26-1(e)(1) or (2) provides explanation why a longer period is sought.

      IT IS SO ORDERED.

      DATED: February 27, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Court further notes that the parties failed to timely hold the 26(f) conference. *See* Local Rule 26-1(d) (requiring the 26(f) conference to be held within 30 days after the first defendant answers or otherwise appears).