AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of Nevada

Kathleen Allgood et al

Plaintiff(s),

V.

West Asset Management, Inc. et al

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:12-cv-02094-APG-NJK

Notice is hereby given that, subject to approval by the court, Kathleen Allgood substitutes
(Party(s) Name)

Telia U. Williams, Esq. , State Bar No. 9359 as counsel of record in
(Name of New Attorney)

place of Hutchison & Steffen, LLC; Patricia Lee, Esq.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Telia U. Williams, Esq.
Address: 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145
Telephone: (702) 835-6866    Facsimile (702) 363-8851
E-Mail (Optional):

I consent to the above substitution.
Date: Aug 2nd 2013
(Signature of Party(s))

I consent to being substituted.
Date: Aug. 16, 2013
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: August 1, 2013
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: August 28, 2013
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]